UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:23-cv-01912-JWH(KESx) | Date | December 20, 2024 |
| Title | *Nationwide Mutual Insurance Company v. David E. Murray* | | |

| | |
|---|---|
| Present: The Honorable | JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE |
| Clarissa Lara | Deborah Parker |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| Karen L. Uno | Lewis Richard Walton, Jr. |

**Proceedings:   HEARING RE:  PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [23]**

Counsel state their appearances.  The Court confers with counsel and hears oral argument.  For the reasons stated on the record, the Court hereby **ORDERS** as follows:

1. Plaintiff's motion [ECF No. 23] is taken **UNDER SUBMISSION**.

2. The trial schedule in this case is **VACATED** pending the Court's ruling on the pending motion.

**IT IS SO ORDERED.**

Time:   01:15
Initials of Preparer: cla